**Appeal Dismissed and Memorandum Opinion filed December 12, 2023.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00260-CV

---

### SUN HOLDINGS, INC., Appellant

### V.

### RELIANT ENERGY RETAIL SERVICES, LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1186511**

---

### MEMORANDUM OPINION

This appeal is from an amended final judgment signed May 3, 2023. The clerk's record was filed May 3, 2023 and a supplemental clerk's record was filed on June 15. 2023. The reporter's record was filed June 30, 2023.

Reliant Energy Retail Services, LLC filed a June 2, 2023 notice of appeal from the May 3, 2023 amended final judgment. *See* Tex. R. App. P. 26.1(d). On September 6, 2023, Reliant Energy Retail Services, LLC filed a voluntary motion to

dismiss its appeal. *See* Tex. R. App. P. 42.1(a)(1). On September 12, 2023 we granted the motion, dismissed Reliant Energy Retail Services, LLC's appeal, and stated we would tax all costs of that appeal against Reliant Energy Retail Services, LLC at the conclusion of this appellate case. *See* Tex. R. App. P. 42.1(d).

Sun Holdings, Inc. did not file a brief as appellant. On November 2, 2023, we issued an order stating that unless Sun Holdings, Inc. filed an appellant's brief on or before December 4, 2023, the remainder of this appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 4.1(a), 42.3(b).

Sun Holdings, Inc. filed no brief or other response. We dismiss the remainder of the appeal and tax all costs of Reliant Energy Retail Services, LLC's appeal against Reliant Energy Retail Services, LLC's and tax the remaining costs against Sun Holdings, Inc.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.